UTC
MP/JC

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

No. 26-2327, Grayson Cotes v. US
7:26-cv-00651-RSB-CKM

RECEIVED
2026 OCT 19 P 3:03
U.S. COURT OF APPEALS
FOURTH CIRCUIT

1. **Declaration of Inmate Filing** N/A (not an inmate)

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:

- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

**Declaration of Inmate Filing**

Date NOTICE OF APPEAL deposited in institution's mail system: _______________

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: ________________________ Date: _______________

[*Note to inmate filers*: *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

2. **Jurisdiction**

Name of court or agency from which review is sought: 4th Circuit Court of Appeals

Date(s) of order or orders for which review is sought: 8/27/2026 or 8/28/2026

3. **Issues for Review**

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.** The words "under god" in the Pledge of Allegiance are unconstitutional.

**Supporting Facts and Argument.**

I am a Satanist and follow the Satanic Temple.

The reference and endorsement of a particular religion violates establishment clause.

**Issue 2.** The words "In God We Trust" on U.S. currency is unconstitutional.

**Supporting Facts and Argument.**

same arguement.

**Issue 3.** District court Judge acted as defendant, rather than as a judge.

**Supporting Facts and Argument.**

See filings

**Issue 4.**

**Supporting Facts and Argument**

N/A

4. **Relief Requested**
Identify the precise action you want the Court of Appeals to take:

Affirmative action, declaring such to be removed.

5. **Prior appeals (for appellants only)**
A. Have you filed other cases in this court? Yes [ ] No [N]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each? N/A

Signature
[Notarization Not Required]

Grayson Cotes
[Please Print Your Name Here]

**CERTIFICATE OF SERVICE**
************************

I certify that on 10/19/2026 I served a copy of this Informal Brief on all parties, addressed as shown below:

court recieved 10/19/26
defendants mailed or marshalls?

Signature

**NO STAPLES, TAPE OR BINDING PLEASE**